**ILG Legal Office, P.C.**
Stephen Noel Ilg (SBN 275599)
1001 Bayhill Drive, 2nd Floor
San Bruno, CA 94066
Tel:   (415) 580-2574
Fax:   (415) 735-3454
Email: silg@ilglegal.com

Attorneys for Plaintiff Javier Garcia

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Javier Garcia, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiffs,<br>vs.<br><br>ABM Industry Groups, LLC, Flowers Baking Company of Modesto, LLC, a California Limited Liability Company, DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:17-cv-04295-WHO<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41(a)(1)(A)(ii)** |

ILG Legal Office, P.C.
555 California Street, Suite 4925, San Francisco, CA 94104
Tel: (415) 580-2574  Fax: (415) 735-3454

# JOINT STIPULATION

Plaintiff Javier Garcia ("Plaintiff") and Defendants ABM Industry Groups, LLC and Flowers Baking Company of Modesto, LLC ("Defendants") (collectively, the "Parties"), acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal of Plaintiff's individual claims with prejudice (Claims 1-21 of Second Amended Complaint) and dismissal without prejudice of the putative class's claims and representative action claims in their entirety (Claims 1-11 of Second Amended Complaint), with each party to bear its own attorney's fees and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  March 6, 2019                **ILG Legal Office, P.C.**

                                     /s/ Stephen Noel Ilg
                                     By_____
                                     STEPHEN NOEL ILG
                                     Attorney for Plaintiff Javier Garcia


Dated:  March 6, 2019                **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**



                                     By /s/ Lisa M. Bowman
                                     LISA M. BOWMAN
                                     Attorney for Defendant

I, the filer of this document attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

## ORDER

The stipulation of the Parties is approved. The entire action is hereby dismissed, with all parties to bear their own attorneys' fees and costs. Plaintiff's individual claims are dismissed with prejudice (Claims 1-21 of Second Amended Complaint) and the class claims and representative action claims are dismissed without prejudice.

IT IS SO ORDERED.

Dated: March 8, 2019

_____
Hon. William H. Orrick
United States District Judge